UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

KERRI O'BRIEN,

      Plaintiff,

vs.

AIMBRIDGE HOTEL GROUP, LLC,    CASE NO.
AIMBRIDGE HOSPITALITY, L.P.,
AIMBRIDGE EMPLOYEE SERVICE
CORP., SCOUT PLANTATION OWNER,
LLC, and SCOUT REAL ESTATE
CAPITAL LLC,

      Defendants.
_____/

## DEFENDANTS, AIMBRIDGE HOTEL GROUP, LLC, AIMBRIDGE HOSPITALITY, L.P AND AIMBRIDGE EMPLOYEE SERVICE CORP.'S, PETITION FOR AND NOTICE OF REMOVAL

Pursuant to 28 U.S.C §§ 1331, 1441(a) and 1446, and Local Rule 4.02 of the Local Rules of the United States District Court for the Middle District of Florida, Defendant, AIMBRIDGE HOTEL GROUP, LLC, AIMBRIDGE HOSPITALITY, L.P and AIMBRIDGE EMPLOYEE SERVICE CORP. ("Defendants"), by and through its undersigned counsel, petitions this Court for removal of this action filed by the Plaintiff, KERRI O'BRIEN ("Plaintiff"), from the Circuit Court of the Fifth Judicial Circuit in and for Citrus County, Florida, to the United States District Court for the Middle District of Florida, Tampa Division. The removal of this action is based upon the following:

## BACKGROUND

1. On or about February 16, 2011, Plaintiff filed a civil action in the Circuit Court of the Fifth Judicial Circuit in and for Citrus County, Florida, under the name and style *Kerri O'Brien v. Aimbridge Hotel Group, LLC, Aimbridge Hospitality, L.P., Aimbridge Employee Service Corp., Scout Plantation Owner, LLC and Scout Real Estate Capital, LLC*, Case No. 2011-CA-788 (the "Circuit Court Case").

2. Defendants were served with Plaintiff's Complaint on March 8, 2011, requiring its initial response to the Complaint.

3. The Complaint in the Circuit Court Case alleges, *inter alia*, a claim of sexual harassment, retaliation, and sex discrimination under Title VII of the Civil Right Act of 1964, as amended, 42 U.S.C. § 2000e, *et seq.* ("Title VII").

## REMOVAL IS PROPER BAED ON ORIGINAL FEDERAL QUESTION JURISDICTION

4. This action is within original jurisdiction of the United States District Court, pursuant to 28 U.S.C. § 1331, as Plaintiff's Complaint alleges violations of Title VII.

## VENUE

5. The United States District Court for the Middle District of Florida, Tampa Division, includes the judicial circuit in which Plaintiff filed her Complaint. Thus, removal is proper to this Court pursuant to 28 U.S.C. § 1441.

## COMPLIANCE WITH PROCEDURAL REQUIREMENTS

6. This Petition for Removal has been filed within thirty (30) days of service upon Defendants of the summons and a copy of the Complaint in the Circuit Court Case. Thus, this Petition for Removal is timely filed pursuant to 28 U.S.C. §1146(b).

7. Copies of all processes, pleadings, orders and other papers or exhibits of every kind currently on file with the state court are attached to this notice of removal as Exhibit "A" as required by 28 U.S.C. § 1446(a) and Local Rule 4.02(b), M.D. Fla.

8. Pursuant to 28 U.S.C. § 1446(d), Defendant has provided written notice of the removal to all parties in this action and has filed a copy of this Notice of and Petition for Removal in the Circuit Court of the Fifth Circuit in and for Citrus County, Florida.

WHEREFORE, AIMBRIDGE HOTEL GROUP, LLC, AIMBRIDGE HOSPITALITY, L.P and AIMBRIDGE EMPLOYEE SERVICE CORP., respectfully prays that the United States District Court for the Middle District of Florida, Tampa Division, accept the removal of this action from the state court and direct that the Circuit Court of the Fifth Judicial Circuit in and for Citrus County, Florida have no further jurisdiction of this matter unless and until this case is remanded.

[Remainder of page left blank intentionally]

DATED this 6th day of April, 2011.

Respectfully submitted,

JACKSON LEWIS LLP
390 North Orange Avenue, Suite 1285
Post Office Box 3389
Orlando, Florida 32802-3389
Telephone:   (407) 246-8440
Facsimile:   (407) 246-8441

By: /s/ Keith L. Hammond
Keith L. Hammond
Florida Bar No. 0164798
hammondk@jacksonlewis.com

Jessica A. DeBono
Florida Bar No. 0058503
debonoj@jacksonlewis.com

Attorneys for Defendant AIMBRIDGE HOTEL GROUP, LLC, AIMBRIDGE HOSPITALITY, L.P and AIMBRIDGE EMPLOYEE SERVICE CORP.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 6th day of April, 2010, the foregoing was electronically filed with the Clerk of the Court by using the CM/ECF system and furnished by U.S. Mail to Wolfgang M. Florin, Esq. and Hunter A. Higdon, Esq., Florin Roebig, P.A., 777 Alderman Road Palm Harbor, FL 34683.

/s/ Keith L. Hammond
Keith L. Hammond

4826-9788-6473, v. 1