IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

KERRI O'BRIEN,

    Plaintiff,

CASE NO.: 5:11-cv-00189—WTH--DAB

v.

AIMBRIDGE HOTEL GROUP, LLC,
AIMBRIDGE HOSPITALITY, L.P.,
AIMBRIDGE EMPLOYEE SERVICE CORP.,
SCOUT PLANTATION OWNER, LLC and
SCOUT REAL ESTATE CAPITAL LLC,

    Defendants.
_____/

### NOTICE OF DROPPING PARTY WITHOUT PREJUDICE AS TO DEFENDANTS, SCOUT PLANTATION OWNER, LLC and SCOUT REAL ESTATE CAPITAL, LLC. ONLY

Please take Notice that the Plaintiff, KERRI O'BRIEN, hereby files this Notice of Dropping Party Without Prejudice as to Defendants, SCOUT PLANTATION OWNER, LLC and SCOUT REAL ESTATE CAPITAL, LLC, only in the above-styled action.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 15, 2011, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following: Keith L. Hammond, Esq. and Jessica A. DeBono, Esq., Jackson Lewis, LLP, 390 North Orange Avenue, Suite 1285, Orlando, Florida 32802.

FLORIN, ROEBIG, P.A.

/s/Wolfgang M. Florin
Wolfgang M. Florin
Florida Bar No. 907804
777 Alderman Road
Palm Harbor, Florida 34683
(727) 786-5000
(727) 772-9833 Facsimile
wmf@florinroebig.com